## WORMLEY *v.* DISTRICT OF COLUMBIA.

## ALLEN *v.* DISTRICT OF COLUMBIA.

ERROR TO THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

Nos. 101, 102. Submitted November 12, 1900.—Decided April 29, 1901.

*Parsons* v. *District of Columbia*, 170 U. S. 45, and *French* v. *Barber Asphalt Paving Co.*, *ante*, 324, followed.

*Mr. D. W. Baker, Mr. John C. Gittings* and *Mr. Malcom Hufty* for plaintiff in error.

*Mr. Andrew B. Duvall* and *Mr. Clarence A. Brandenburg* for defendant in error.

PER CURIAM. And now, April 29, 1901, the judgments in the foregoing cases are affirmed, with costs, on the authority of *Parsons* v. *District of Columbia*, 170 U. S. 45, and *French* v. *Barber Asphalt Paving Co.*, *ante*, 324.